UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JORGE ORLANDO MAHECHA, #80930-004, | ) ) ) | |
| Petitioner, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:11-CV-0960-G (BK) |
| WARDEN H. BRYAN, | ) ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The district court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

The court **CERTIFIES** that any appeal of this action would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).  In support of this finding, the court adopts and incorporates by reference the order accepting the findings, conclusions and

recommendation of the magistrate judge.  See *Baugh v. Taylor*, 117 F.3d 197, 202

n.21 (5th Cir. 1997).  Based on the above order, the court finds that any appeal of

this action would present no legal point of arguable merit and would, therefore, be

frivolous.  *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

      **SO ORDERED**.

August 8, 2011.

                            _____

                            **A.  JOE FISH**
                            **Senior United States District Judge**